IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | Criminal No. 21-61 |
| v. | ) ) | (18 U.S.C. § 875(c)) |
| HARRY E. MILLER | ) ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about August 19, 2019, in the Western District of Pennsylvania, the defendant, HARRY E. MILLER, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, that is the defendant, HARRY E. MILLER, made a telephone call from the Commonwealth of Pennsylvania to U.S. Representative Kathleen Clark's Malden, Massachusetts district office and stated that he was willing to abolish government by spilling blood by taking out four to five democrats, including U.S. Representative Kathleen Clark, that he would start shooting black people to keep them in line if he had to, and that the congressional staffer was an [expletive] who will also die in MILLER's forthcoming civil war.

In violation of Title 18, United States Code, Section 875(c).

FILED

FEB 16 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about January 7, 2020, in the Western District of Pennsylvania, the defendant, HARRY E. MILLER, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, that is, the defendant, HARRY E. MILLER, made a telephone call from the Commonwealth of Pennsylvania to U.S. Senator Richard Burr's Washington, D.C. office and stated that he was going to put a bullet in Senator Burr's head.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

The grand jury further charges:

On or about January 7, 2020, in the Western District of Pennsylvania, the defendant, HARRY E. MILLER, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, that is, the defendant, HARRY E. MILLER, made a telephone call from the Commonwealth of Pennsylvania to U.S. Senator Richard Burr's Washington, D.C. office, which was transferred to an individual, known to the grand jury, in the State of Tennessee, and stated that, if he traveled to D.C., he would be willing to shoot four or five senators in the head and that this statement was not a threat but a promise.

In violation of Title 18, United States Code, Section 875(c).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

3