IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-61 |
| HARRY E. MILLER | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Shardul S. Desai, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant Harry E. Miller, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. § 875(c). Recommended bond: $25,000/unsecured.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *s/Shardul S. Desai*
SHARDUL S. DESAI
Assistant U.S. Attorney
DC ID No. 990299

FILED
FEB 16 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA