IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. |
| HARRY E. MILLER | |

ORDER

AND NOW, to wit, this 16th day of Feb., 2021, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant Harry E. Miller.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

FILED

FEB 16 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA