IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-61 |
| HARRY E. MILLER | |

## MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

AND NOW, comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Shardul S. Desai, Assistant United States Attorney for said district, and sets forth the following:

On February 16, 2021, an Indictment was filed, and an Arrest Warrant was issued in the above-captioned case.

The Indictment and Arrest Warrant were then ordered sealed pending arrest of the above-captioned individual.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Indictment and Arrest Warrant due to the fact that the Defendant has been arrested pursuant to the charges herein, and there is no further need for the Indictment and Arrest Warrant to remain sealed.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: /s/ *Shardul S. Desai*
SHARDUL S. DESAI
Assistant U.S. Attorney
DC ID No. 990299