IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-61 |
| HARRY E. MILLER | |

ORDER

AND NOW, to wit, this 19th day of February 2021, it appearing to the Court that the above-captioned individual has been arrested, and upon the representation of the United States Attorney's Office that there is no further necessity that the Indictment and Arrest Warrant remain sealed,

IT IS HEREBY ORDERED that the Indictment and Arrest Warrant filed at the above number and sealed on February 16, 2021, be unsealed as of February 19, 2021.

*Cynthia K. Eddy*
UNITED STATES MAGISTRATE JUDGE